FILED
APR 28 2009
April 28, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) JUDGE COAR |
| v. | ) No. 09CR 408 |
| | ) Violations: Title 29, United States Code, |
| JOYCE MARSALIS | ) Sections 501(c) and 439(c) |

MAGISTRATE JUDGE NOLAN

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

1. At times material to this indictment:

   a. The Illinois Nurses Association, University of Chicago Local Unit (the "union"), was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and (j).

   b. Defendant JOYCE MARSALIS was the union's Treasurer. In her capacity as Treasurer, defendant JOYCE MARSALIS had access to and control over union funds, which were maintained in an account at Citibank. Defendant JOYCE MARSALIS had the authority to make withdrawals from and deposits into the union's bank account on behalf of the union, for union matters only.

   c. Title 29, United States Code, Section 501(a) imposed a fiduciary responsibility upon the officers of labor organizations, including the University of Chicago Local Unit, which stated, in relevant part, as follows:

>The officers, agents, shop stewards, and other representatives of a labor organization occupy positions of trust in relation to such organization and its members as a group. It is, therefore, the duty of each such person, taking into account the special problems and functions of a labor organization, to hold its money and property solely for the benefit of the organization and its members and to manage, invest, and expend the same in accordance with its constitution and bylaws and any resolutions of the governing bodies adopted thereunder, * * *.

2. From on or about April 28, 2004, until on or about August 15, 2005, at Chicago, Illinois and elsewhere in the Northern District of Illinois, Eastern Division,

JOYCE MARSALIS,

defendant herein, embezzled, stole, and unlawfully and willfully converted to her own use moneys and funds of a labor organization of which she was an officer in the approximate amount of $12,717.28;

In violation of Title 29, United States Code, Section 501(c).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY furthercharges:

1. Paragraph 1 of this indictment is realleged and incorporated herein as if fully set out.

2. From on or about April 28, 2004, until on or about August 15, 2005, at Chicago, Illinois and elsewhere in the Northern District of Illinois, Eastern Division,

JOYCE MARSALIS,

defendant herein, did willfully make a false entry in records required to be kept by Section 436 of Title 29, United States Code, that is, defendant falsified the union's ledger, which is a record on matters required to be reported in the annual financial report of the union required to be filed with the Secretary of Labor;

In violation of Title 29, United States Code, Section 439(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3